

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5105*
*P.O. Box 2098*                         *Direct: (856) 757-5031*
*Camden, NJ 08101*                      *sarina.kaplan@usdoj.gov*

February 9, 2026

**Via Electronic Filing**

Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

> **Re:  *Jose Ruben Gonzales Tambracc v. Pam Bondi, et. al.*,**
> **No. 26-cv-774 (MCA)**
> **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1225. In accordance with the Court's February 2, 2026 Text Order (ECF No. 3), we respectfully write to inform the Court that on February 5, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 U.S.C. § 1226(a), 8 C.F.R. § 1236. The Elizabeth Immigration Court granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on $5,000.00 bond. *See* Ex. 1 at 1 (Feb. 5, 2026 Order of the Immigration Judge).

Should Your Honor have any questions or concerns, please do not hesitate to contact this Office. Thank you very much for your consideration of this matter.

Hon. Madeline Cox Arleo, U.S.D.J.
February 9, 2026
Page 2

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

By:   *s/ Sarina Kaplan*
SARINA KAPLAN
Assistant United States Attorney
*Attorneys for Respondents*

cc:   All counsel of record (*via ECF*)

Encls.

Ordered case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   7/29/26